**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 03-1852**

SYED M. A. HASAN,

Petitioner,

versus

UNITED STATES DEPARTMENT OF LABOR,

Respondent.

On Petition for Review of an Order of the Administrative Review Board. (02-121; 02-ERA-18-ALJ)

Submitted: May 19, 2004                    Decided: July 9, 2004

Before WIDENER, LUTTIG, and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Syed M. A. Hasan, Petitioner Pro Se. Howard M. Radzely, Solicitor of Labor, Steven J. Mandel, Associate Solicitor Fair Labor Standards, Paul L. Frieden, Counsel for Appellate Litigation, Joan Brenner, UNITED STATES DEPARTMENT OF LABOR, Washington, D.C., for Respondent.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Syed M. A. Hasan, a pro se petitioner, requests review under 42 U.S.C. § 5851(c)(1) (1995) of the Energy Reorganization Act of a final order issued by the Administrative Review Board of the United States Department of Labor (the "Board"), affirming the Recommended Decision and Order of the administrative law judge and dismissing Hasan's complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the Board. <u>Hasan v. United States Dep't of Labor</u>, Nos. 02-121, 02-ERA-18-ALJ (U.S.D.O.L. June 25, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>